# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** AMAZON.COM SERVICES LLC, a Delaware Limited
*(AVISO AL DEMANDADO):* Liability Company; SHENZHEN SHENMEIZI
TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER
TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** MELVIN ELAM, an individual.
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

| |
|---|
| FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
| Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/16/2025 9:33 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By Y. Ayala, Deputy Clerk |

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Los Angeles<br>111 North Hill Street<br>Los Angeles, California 90012 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**25STCV11114** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Edward M. Morgan, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DOWNTOWN LA LAW GROUP
612 S Broadway, Los Angeles, CA 90014                                                                (213) 389-3765

| | | |
|---|---|---|
| DATE: **04/16/2025**<br>*(Fecha)* | Clerk, by   David W. Slayton, Executive Officer/Clerk of Court  , Deputy<br>*(Secretario)*                    Y. Ayala                    *(Adjunto)* | |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company

under: ☐ CCP 416.10 (corporation)               ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
       ☒ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

Edward M. Morgan, Esq., State Bar No. 273336
**DOWNTOWN L.A. LAW GROUP**
612 S Broadway
Los Angeles, CA 90014
Tel: (213)389-3765
Fax: (877)389-2775
Email: Edward@downtownlalaw.com

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/16/2025 9:33 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By Y. Ayala, Deputy Clerk

Attorneys for Plaintiff,
MELVIN ELAM

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF LOS ANGELES

| | |
|---|---|
| MELVIN ELAM, an individual. <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.: 25STCV11114 <br><br> **COMPLAINT FOR DAMAGES** <br><br> 1.   **STRICT PRODUCT LIABILITY** <br> 2.   **NEGLIGENCE** <br><br> [JURY DEMANDED] |

Plaintiff MELVIN ELAM ("Plaintiff") alleges as follows:

1.    Plaintiff MELVIN ELAM is an individual residing in Los Angeles County, California.

2.    Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, are, and at all times herein mentioned where

individuals, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint venturers, and/or business entities unknown, primarily residing and doing business in the County of Los Angeles, State of California.

3.  At all times mentioned in this Complaint, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, distributed the subject LCLEBM 3400mAh Flat Top 3.7V batteries for sale to the general public in the state of California for consumer and commercial use.

4.  At all times mentioned in this Complaint, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive were engaged in the business of manufacturing, sale, development, testing, inspecting, packaging, labeling, advertising, merchandising, and distribution of LCLEBM 3400mAh Flat Top 3.7V batteries.

5.  Plaintiff is informed and believes and thereupon alleges, that at all times herein relevant, Defendants and DOES 1 through 50 ("DOES"), and each of them, were the agents, partners, joint venturers, joint employers, representatives, servants, employees, successors-in interest, alter egos, co-conspirators and assigns, each of the other, and at all times relevant hereto were acting with the authority and ratification of one another and within the course and scope of their authority as such agents, partners, joint venturers, representatives, servants, employees, successors, co-conspirators and/or assigns, alter egoes, and all acts or omissions alleged herein were duly committed with the ratification, knowledge, permission, encouragement, authorization and/or consent of each Defendant designated as a DOE herein.

///

///

///

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

2

**COMPLAINT FOR DAMAGES**

6.      Plaintiff is informed and believes and thereupon alleges, that at all times herein relevant, Defendants and DOES 1 through 50, and each of them, were the distributors, manufacturers, and/or sellers of the LCLEBM 3400mAh Flat Top 3.7V batteries that Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, sold to Plaintiff and the public who are in some manner liable for the damages complained of herein.

7.      Defendants and DOES 1 through 50, and each of them, were the designers, manufacturers, suppliers, installers, inspectors, repairers of the LCLEBM 3400mAh Flat Top 3.7V batteries that Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company;  SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, sold to Plaintiff and the public who are in some manner liable for the damages complained of herein.

8.      The true names and capacities, whether corporate, associate, individual or otherwise, of DOES 1 through 50, inclusive, are unknown to Plaintiff who sues said DOE Defendants by such fictitious names. Plaintiff is informed and believes, and based on that information and belief alleges, that each of the Defendants designated as a DOE are legally responsible for the events and happenings referred to in this Complaint and unlawfully caused the injuries and damages to Plaintiff as alleged in this Complaint. Plaintiff will seek leave of court to amend this Complaint to show the true names and capacities when the same have been ascertained.

## JURISDICTION AND VENUE

9.      At all times herein mentioned, the incident on which this action is based occurred within the boundaries of the Superior Court of the State of California, County of Los Angeles, said incident occurring at or near 862 W 84th St., Los Angeles, CA 90044.

///

COMPLAINT FOR DAMAGES

10.    Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, have certain minimum contacts with the state of California and purposefully directed their activities, such as conducting business, sales, transfers, distribution, and exchange of products and goods, within the state of California. Plaintiff's injuries within the state of California are related to Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of their activities within the state, such that, a nexus between the Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, the state of California and Plaintiff's injuries exists.

## GENERAL ALLEGATIONS

11.    The preceding paragraphs of this Complaint are incorporated by reference.

12.    At all times mentioned herein, Defendants, and each of them, were engaged in the business of manufacturing, fabricating, designing, packaging, assembling, distributing, leasing, buying, selling, inspecting, servicing, installing, repairing, marketing, warranting, supervising and providing the subject product to the general public for purchase.

13.    On September 12, 2023, Plaintiff was injured by the subject LCLEBM 3400mAh Flat Top 3.7V batteries distributed, deployed and/or manufactured by Defendants. The subject LCLEBM 3400mAh Flat Top 3.7V batteries exploded in Plaintiff's pocket, thereby causing Plaintiff to endure severe injury and pain.

14.    Plaintiff immediately experienced substantial pain and injury throughout his body. Plaintiff has received and continues to receive medical treatment and care.

4
COMPLAINT FOR DAMAGES

15.    On information and belief, Defendants' AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, LCLEBM 3400mAh Flat Top 3.7V batteries are improperly designed and/or manufactured for their intended use and do not contain adequate instructions and/or warnings regarding these hazards and dangers.

<u>**FIRST CAUSE OF ACTION**</u>

**(STRICT PRODUCT LIABILITY)**

**(Against All Defendants and DOES 1-50)**

16.    The preceding paragraphs of this Complaint are incorporated by reference.

17.    Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, designed, developed, tested, manufactured, fabricated, assembled distributed, bought, sold, inspected, marketed, warranted, supplied, modified, and/or provided the subject LCLEBM 3400mAh Flat Top 3.7V batteries, which were purchased by Plaintiff and used by Plaintiff as intended.

18.    Plaintiff is informed and believes, and thereupon alleges, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, knew or should have known that the subject LCLEBM 3400mAh Flat Top 3.7V batteries had dangerous features, characteristics, operating instructions, and propensities.

///

///

///

**COMPLAINT FOR DAMAGES**

19. Plaintiff is informed and believes, and thereupon allege, that at all times herein mentioned, Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, breached their duties and failed to act reasonably by deliberately marketing and advertising the subject LCLEBM 3400mAh Flat Top 3.7V batteries without making sure that the subject LCLEBM 3400mAh Flat Top 3.7V batteries were in a safe and operable condition without defects.

20. Plaintiff MELVIN ELAM was harmed by a product, the subject LCLEBM 3400mAh Flat Top 3.7V batteries that was distributed, manufactured, and/or sold by Defendants. The subject LCLEBM 3400mAh Flat Top 3.7V batteries contained a manufacturing defect, design defect, and did not include sufficient instructions and/or warnings of potential safety hazards.

21. On information and belief, the subject LCLEBM 3400mAh Flat Top 3.7V batteries contained a manufacturing defect when it left each Defendants' possession and the defect was a substantial factor in causing Plaintiff's harm.

22. On information and belief, the subject LCLEBM 3400mAh Flat Top 3.7V batteries were defective because it differed from the manufacturer's design or specifications and/or from other typical units of the same product line.

23. On information and belief, the subject LCLEBM 3400mAh Flat Top 3.7V batteries were defective because the brakes did not perform as safely as an ordinary consumer would have expected them to perform when used or misused in an intended or reasonably foreseeable way and this defect was a substantial factor in causing Plaintiff's harm.

24. On information and belief, the subject LCLEBM 3400mAh Flat Top 3.7V batteries had potential risks that were known and/or knowable in light of the knowledge that was generally accepted in the community at the time of the LCLEBM 3400mAh Flat Top 3.7V batteries' manufacturer, distribution, and/or sale.

///

COMPLAINT FOR DAMAGES

25.     On information and belief, the potential risks presented a substantial danger when the subject LCLEBM 3400mAh Flat Top 3.7V batteries are used or misused in an intended or reasonably foreseeable way.

26.     On information and belief, the ordinary consumers would not have recognized the potential risks.

27.     On information and belief, Defendants failed to adequately warn or instruct of the potential risks.

28.     On information and belief, the lack of sufficient instructions or warnings was a substantial factor in causing Plaintiff's harm.

29.     As a direct and proximate result of the above described acts and/or omissions of Defendants, Plaintiff has suffered special damages, economic damages, consequential damages, incidental damages, and general damages including, but not limited to, severe physical, mental, and emotional injuries, emotional distress, pain and suffering, resulting in substantial expenses, medical expenses, loss of use and enjoyment of life, and lost earnings and earnings capacity, the exact amount of which is unknown to Plaintiff at this time, but subject to proof at time of trial.

30.     The defects described herein was a substantial factor and the legal and proximate cause of the injuries, damages, and pain suffered by Plaintiff complained herein.

31.     As a result of the defective, negligent, careless, and/or reckless design, testing, development, manufacture, fabrication, assembly, distribution, buying, selling, marketing, warranting, supplying, modifying, and/or providing of the subject LCLEBM 3400mAh Flat Top 3.7V batteries, and the instructions and/or warnings pertaining to the subject LCLEBM 3400mAh Flat Top 3.7V batteries, Plaintiff sustained severe, great, and traumatic personal injuries.

///

///

///

///

7

**COMPLAINT FOR DAMAGES**

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

32.     As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff was injured in his health, strength and activity, sustaining injury to his body, and shock and injury to his person, all of which have caused and continue to cause great physical, mental, and emotional pain and suffering all to her general damages, the exact amount of such to be stated according to proof.

33.     As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat him, and did incur hospital, medical, professional and incidental expenses, the exact amount of such to be stated according to proof.

34.     As a legal, direct, and proximate result of the above-mentioned conduct of Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of such to be stated according to proof.

35.     As a direct and proximate result of the negligence, carelessness, and violation of the law by Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company;  SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, and each of them, Plaintiff has and will incur a loss of earnings and/or loss of

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

**COMPLAINT FOR DAMAGES**

earning capacity, which will be stated according to proof, pursuant to California Code of Civil Procedure section 425.10.

## SECOND CAUSE OF ACTION

### (NEGLIGENCE)

### (Against All Defendants and DOES 1 through 50, inclusive)

36. The preceding paragraphs of this Complaint are incorporated by reference.

37. Plaintiff believes and alleges that at all times mentioned herein, Defendants owed duties of care to Plaintiff and others to act reasonably, prudently, and safely so as to avoid subjecting Plaintiff and others to any unnecessary threat, risk or injury.

38. On information and belief, Defendants were negligent in designing, manufacturing, supplying, and/or selling the subject LCLEBM 3400mAh Flat Top 3.7V batteries. Defendants failed to use the amount of care in designing, manufacturing, supplying, and/or selling the subject LCLEBM 3400mAh Flat Top 3.7V batteries that a reasonably careful designer, manufacturer, supplier, and/or seller would have used in similar circumstances to avoid exposing Plaintiff to a foreseeable risk of harm. Defendants knew or should have known about the likelihood and severity of potential harm from the product which could have been avoided by taking safety measures to reduce or avoid the harm.

39. Defendants knew or reasonably should have known that the subject LCLEBM 3400mAh Flat Top 3.7V batteries were dangerous or were likely to be dangerous when used or misused in a reasonably foreseeable manner. Defendants knew or reasonably should have known that users would not realize the danger. Defendants failed to adequately warn of the danger or instruct on the safe use of the subject LCLEBM 3400mAh Flat Top 3.7V batteries. A reasonable manufacturer, distributor, and/or seller under the same or similar circumstances would have warned of the danger or instructed on the safe use of the subject LCLEBM 3400mAh Flat Top 3.7V batteries.

///

///

///

COMPLAINT FOR DAMAGES

40.    The negligence of Defendants, and each of them including their failure to warn or instruct, is and was a substantial factor in causing Plaintiff's harm.

41.    As a direct and proximate result of the above described acts and/or omissions of Defendants, Plaintiff has suffered special damages, economic damages, consequential damages, incidental damages, and general damages including, but not limited to, severe physical, mental, and emotional injuries, emotional distress, pain and suffering, resulting in substantial expenses, medical expenses, loss of use and enjoyment of life, and lost earnings and earnings capacity, the exact amount of which is unknown to Plaintiff at this time, but subject to proof at time of trial.

42.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer general damages in an amount presently unknown but which will be proven at the time of trial.

43.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer economic damages and loss of earnings in an amount presently unknown but which will be proven at the time of trial.

44.    As a further proximate result of the negligence of Defendants, and each of them, Plaintiff has suffered and will continue to suffer, a loss of earning capacity in an amount presently unknown but which will be proven at the time of trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company;  SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity; and DOES 1-50, inclusive, as follows:

FIRST AND SECOND CAUSES OF ACTION

1.    For special damages including medical expenses, both past and future, and all other related special damages incurred by and on behalf of Plaintiff MELVIN ELAM in an amount to be proven at trial;

10

**COMPLAINT FOR DAMAGES**

2.      For general damages including for personal injury and pain and suffering and emotional distress by Plaintiff in an amount in excess of the minimum subject matter jurisdiction of this Court;

3.      For loss of earnings and earning capacity both past and future, and all other related special damages incurred by and on behalf of Plaintiff MELVIN ELAM;

4.      For pre- and post-judgment interest and costs of suit incurred herein;

5.      For such other and further relief as this Court may deem just and proper.

DATED: April 16, 2025                    **DOWNTOWN L.A. LAW GROUP**

_____
Edward M. Morgan, Esq.
Attorneys for Plaintiff,
MELVIN ELAM

### JURY TRIAL DEMANDED

Plaintiff demands trial by jury of all issues so triable.

DATED: April 16, 2025                    **DOWNTOWN L.A. LAW GROUP**

_____
Edward M. Morgan, Esq.
Attorneys for Plaintiff,
MELVIN ELAM

Downtown L.A. Law Group
612 S. Broadway
Los Angeles, CA 90014

11

**COMPLAINT FOR DAMAGES**

**EDWARD M. MORGAN, Esq. – State Bar No. 273336**
**DOWNTOWN L.A. LAW GROUP**
612 S Broadway
Los Angeles, CA 90014
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Edward@downtownlalaw.com

Attorney for Plaintiff
MELVIN ELAM

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF LOS ANGELES

| | |
|---|---|
| MELVIN ELAM, an individual, | Case No.: 25STCV11114 |
| Plaintiffs, | **STATEMENT OF DAMAGES** |
| v. | |
| AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; SHENZHEN SHENMEIZI TECHNOLOGY CO., LTD.; an unknown entity; SHENZHEN MAXPOWER TECHNOLOGY CO., LTD.; an unknown entity and DOES 1 TO 50, inclusive. | |
| Defendants. | |

Plaintiffs hereby provide to Defendants the following Statement of Damages:

I.    General Damages:         In excess of         $1,000,000.00

Special Damages:         In excess of         $1,000,000.00

Plaintiff reserves the right to amend this Statement of Damages at a later time, as Discovery develops.

DATED: April 17, 2025

DOWNTOWN L.A. LAW GROUP

Edward M. Morgan, Esq.
Attorney for Plaintiff
MELVIN ELAM

1

**STATEMENT OF DAMAGES**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edward M. Morgan, Esq.      SBN: 273336<br>DOWNTOWN LA LAW GROUP<br>612 S Broadway, Los Angeles, CA 90014<br>TELEPHONE NO.: (213) 389-3765      FAX NO.: (877) 389-2775<br>EMAIL ADDRESS: Edward@downtownlalaw.com<br>ATTORNEY FOR (Name): MELVIN ELAM | **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>4/16/2025 9:33 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By Y. Ayala, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME: MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al.

| CIVIL CASE COVER SHEET<br>[X] Unlimited  [ ] Limited<br>(Amount demanded exceeds $35,000)  (Amount demanded is $35,000 or less) | Complex Case Designation<br>[ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>25STCV11114<br>JUDGE:<br>DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Two
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 04/16/2025

Edward M. Morgan, Esq.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)--Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice–Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above) (41)*

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

CM-010 [Rev. January 1, 2024]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

Westlaw Doc & Form Builder

| SHORT TITLE  MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al. | CASE NUMBER  25STCV11114 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court |
|---|

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1.   Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7.   Location where petitioner resides. |
| 2.   Permissive filing in Central District. | 8.   Location wherein defendant/respondent functions wholly. |
| 3.   Location where cause of action arose. | 9.   Location where one or more of the parties reside. |
| 4.   Location where bodily injury, death or damage occurred. | 10.  Location of Labor Commissioner Office. |
| 5.   Location where performance required, or defendant resides. | 11.  Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6.   Location of property or permanently garaged vehicle. | |

| | A  Civil Case Cover Sheet Case Type | B  Type of Action (check only one) | C  Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| SHORT TITLE MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al. | CASE NUMBER |
|---|---|

| | | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|---|
| Other Personal Injury/ Property Damage/ Wrongful Death | | | ☐ 2307 Construction Accidents | 1, 4 |
| | | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | | Product Liability (24) | ☒ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| Employment | | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | | ☐ 1502 Labor Commissioner Appeals | 10 |
| Contract | | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al. | | CASE NUMBER |
|---|---|---|

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/<br>Inverse<br>Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>                              Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real<br>Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer<br>– Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer<br>– Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer<br>– Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer<br>– Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re<br>Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial<br>Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade<br>Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

LASC CIV 109 Rev. 01/23                    **CIVIL CASE COVER SHEET ADDENDUM**                    LASC Local Rule 2.3
For Mandatory Use                              **AND STATEMENT OF LOCATION**

| SHORT TITLE MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al. | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

| SHORT TITLE  MELVIN ELAM vs. AMAZON.COM SERVICES LLC, et. al. | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☐ 1. ☐ 2. ☐ 3. ☒ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | ADDRESS: At or near 862 W 84th St. |
|---|---|
| CITY:<br>Los Angeles | STATE:<br>CA | ZIP CODE:<br>90044 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the Central Judicial District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: 04/16/2025

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

 **Superior Court of California, County of Los Angeles**
**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

**WHAT IS ADR?**
Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

**TYPES OF ADR**

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.

- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.

- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.

- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

**ADVANTAGES OF ADR**

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

**DISADVANTAGES OF ADR**

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

**WEBSITE RESOURCES FOR ADR**

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

LASC CIV 271 Rev. 11/24
For Mandatory Use

**Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)**
Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

## Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)

Litigants should closely review the requirements for each program and the types of cases served.

- **Online Dispute Resolution (ODR).** Online Dispute Resolution (ODR) is a free online service provided by the Court to help small claims and unlawful detainer litigants explore settlement options before the hearing date without having to come to court. ODR guides parties through a step-by-step program. After both sides register for ODR, they may request assistance from trained mediators to help them reach a customized agreement. The program creates settlement agreements in the proper form and sends them to the Court for processing. Parties in small claims and unlawful detainer cases must carefully review the notices and other information they receive about ODR requirements that may apply to their case. *For more information, visit https://my.lacourt.org/odr.*

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

### NOTICE OF CASE ASSIGNMENT

### UNLIMITED CIVIL CASE

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

04/16/2025

David W. Slayton, Executive Officer/Clerk of Court

By: _____ Y. Ayala _____ Deputy

Your case is assigned for all purposes to the judicial officer indicated below.

CASE NUMBER:
25STCV11114

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | William F. Fahey | 69 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    David W. Slayton, Executive Officer / Clerk of Court

on 04/16/2025 _____        By Y. Ayala _____ , Deputy Clerk
(Date)

LACIV 190 (Rev 6/18)        **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

### INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

LACIV 190 (Rev 6/18)        **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06